UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR407-126 |
|---|---|---|
| | ) | |
| v. | ) | VIO: |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| PETER J. MITCHELL, | ) | |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| Defendant. | ) | Receipt of Child Pornography |
| | ) | |
| | ) | |

## ORDER

The government's Motion to Seal Indictment and All Related Papers is GRANTED until further Order of this Court.

This 11th day of April, 2007.

_____
G. R. Smith
United States Magistrate Judge
Southern District of Georgia

3