FILED
U.S. DISTRICT COURT
SAV DIV.

2007 APR 30 PM 4: 04

CLERK
SO. DIST OF GA.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR407-126 |
| ) | |
| PETER J. MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER ESTABLISHING PROMISSORY NOTE
## AND
## RESTRICTING A.G. EDWARDS ACCOUNT NUMBER 4584-9049

PURSUANT to lawful process, A.G. Edwards is hereby notified as follows:

1. On April 30, 2007, Peter J. Mitchell and Loretta W. Mitchell entered into an agreement with this Court to satisfy this Court's order setting conditions of Peter J. Mitchell's release during the pendency of the above-referenced proceeding. (Attachment 1).

2. A.G. Edwards is notified that Peter J. Mitchell and Loretta W. Mitchell have posted as collateral with this Court a promissory note in the amount of $500,000.00 to insure the appearance of Peter J. Mitchell. A.G. Edwards shall insure that an amount sufficient to cover this obligation remains available within the account to honor this obligation until further order of this Court.

3. A.G. Edwards is hereby ordered to place the account of Peter J. Mitchell and Loretta W. Mitchell, Account Number 4584-9049 into a restricted status and shall not allow the corpus of the account to be liquidated without further order of this Court, except as follows:

    a. The normal monthly income generated by the account shall continue to accrue to the benefit of Peter J. & Loretta W. Mitchell and shall be disbursed as is currently established.

b. Upon presentation of an obligation for the payment of attorney fees, A.G. Edwards may liquidate assets to satisfy said obligation, provided that sufficient funds remain to pay the $500,000.00 posted as collateral, and further provided that such funds are paid directly to counsel, Steven L. Beauvais, and/or the law firm of Zipperer, Lorberbaum, & Beauvais, 301 W. York Street, Savannah, Georgia 31401.

4. Nothing in this order is meant to interfere with the fiduciary obligation of A.G. Edwards to maintain, preserve, and/or maximize the return on the investments contained in this account. During the pendency of this order, should it be necessary and/or advisable to adjust the allocation of the assets within the account, A.G. Edwards is authorized to engage in any acts necessary to achieve such purpose.

5. The Clerk of Court is hereby ordered to immediately provide, by facsimile, a filed copy of this order and to mail a certified copy of the order to A.G. Edwards as follows.

    a.     Ms. Jamie Joseph, A.G. Edwards, 1 North Jefferson Street, St. Louis, MO 36103; facsimile (314) 955-4455, and

    b.     Mr. Lawrence Hutchins and Mr. Rick Hutchins, Account Agents, P.O. Box 769; Southport, CT 06890, facsimile (203) 259-7981.

6. This order shall remain in full force and effect until further order of this Court

SO ORDERED this 30th day of April 2007.

                                                  G. R. SMITH, U. S. MAGISTRATE JUDGE
                                                 SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Steven L. Beauvais
Ga. Bar No. 045709