FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JUL 12 PM 5: 06
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR407-126 |
| ) | |
| PETER J. MITCHELL, ) | |
| ) | |
| Defendant. ) | |

## MINUTE ORDER

The above cause having come before the Court on the **11th** day of **July, 2007,** and the following rulings having been made orally, said rulings, are hereby made the judgment of the Court:

Defendant's post-hearing brief on the suppression issue is due August 27, 2007. The government's response brief is due September 12, 2007.

All other pretrial motions are MOOT.

**SO ORDERED** this _12TH_ day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA