FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

OCT -3 PM 4: 17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR407-126 |
| | ) | |
| PETER J. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for the defendant. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than October 16, 2007. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on October 17, 2007. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 3rd day of October, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA