FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 22 PM 1:46

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                    407CR126

PETER J. MITCHELL,

# ORDER

The Court has reviewed the record and the Report and Recommendation of Magistrate Judge G.R. Smith. Likewise, the Court has reviewed the objections to the Report filed by the defendant. This is an interesting case, factually and legally.

The Report and Recommendation of the magistrate judge is adopted as the Opinion of the Court.

The Court wishes to commend the magistrate judge for the excellent work and opinion. His work reflects painstaking analysis of many issues, and a thorough familiarity with the law.

This 22 day of October, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA