IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. CR407-126

PETER J. MITCHELL,

    Defendant.

## ORDER

The Eleventh Circuit Court of Appeals has reversed the guilty conviction of the defendant Peter J. Mitchell, because of an illegal search. Peter J. Mitchell has petitioned this court for instant release from custody. The government has filed a response stating that it does not oppose Peter J. Mitchell's motion for bond.

The court, having considered same, orders the release of the defendant, Peter J. Mitchell, by the Federal Bureau of Prisons instanter.

When Mitchell returns to the district after his release by the Bureau of Prisons, he shall post bond in the same amount and terms as were required prior to the plea of guilty.

SO ORDERED this ___5___ day of May, 2009.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia