FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY 27 AM 10:40

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR407-126 |
| | ) | |
| v. | ) | (Case No. 08-10791, 11th Cir.) |
| | ) | |
| PETER J. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ESTABLISHING PROMISSORY NOTE
## AND
## RESTRICTING MERRILL LYNCH ACCOUNT NUMBER XXXX0990

PURSUANT to lawful process, Merrill Lynch is hereby notified as follows:

1. On May 7, 2009, Peter J. Mitchell and Loretta W. Mitchell entered into an agreement with this Court to satisfy this Court's order setting conditions of Peter J. Mitchell's release during the pendency of the above-referenced proceeding. (Attachment 1).

2. Merrill Lynch is notified that Peter J. Mitchell and Loretta W. Mitchell have posted as collateral with this Court a promissory note in the amount of $500,000.00 to insure the appearance of Peter J. Mitchell. Merrill Lynch shall insure that an amount sufficient to cover this obligation remains available within the account to honor this obligation until further order of this Court.

3. Merrill Lynch is hereby ordered to place the account of Peter J. Mitchell and Loretta W. Mitchell, Account Number XXXX0990 into a restricted status and shall not allow the corpus of the account to be liquidated without further order of this Court, except as follows:

    a. The normal monthly income generated by the account shall continue to accrue to the benefit of Peter J. & Loretta W. Mitchell and shall be disbursed as is currently established.

    b. Upon presentation of an obligation for the payment of attorney fees, Merrill Lynch may liquidate assets to satisfy said obligation, provided that sufficient funds remain to pay

the $500,000.00 posted as collateral, and further provided that such funds are paid directly to counsel, Steven L. Beauvais, and/or the law firm of Zipperer, Lorberbaum, & Beauvais, 301 W. York Street, Savannah, Georgia 31401.

4. Nothing in this order is meant to interfere with the fiduciary obligation of Merrill Lynch to maintain, preserve, and/or maximize the return on the investments contained in this account. During the pendency of this order, should it be necessary and/or advisable to adjust the allocation of the assets within the account, Merrill Lynch is authorized to engage in any acts necessary to achieve such purpose.

5. The Clerk of Court is hereby ordered to immediately provide, by facsimile, a filed copy of this order and to mail a certified copy of the order to Merrill Lynch as follows.

    a.    Ms. Katherine Valleau, Merrill Lynch Office of General Counsel, 222 Broadway, New York, New York 10038, telephone (212) 670-0774, facsimile (646) 736-5281.

6. This order shall remain in full force and effect until further order of this Court

SO ORDERED this day of _27_ May 2009.

                              B. AVANT EDENFIELD
                              JUDGE, UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA

Prepared by:
Steven L. Beauvais
Ga. Bar No. 045709