UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2009 AUG 24  AM 9:51

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 407-CR-126 |
| ) | |
| PETER J. MITCHELL,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the Government's Motion to Dismiss with prejudice the original Indictment filed on April 11, 2007 in the above-captioned case is granted.

SO ORDERED, this the 24 day of August, 2009.

HON. B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA